JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ VASQUEZ,<br><br>                  Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                  Defendant. | Case No. 2:17-cv-03396-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED for further proceedings consistent with this Court's Memorandum and Order.

IT IS SO ORDERED.

DATED: 8/3/2018

                                                      HONORABLE SHASHI H. KEWALRAMANI
                                                    United States Magistrate Judge